UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

LANE CODER PHOTOGRAPHY, LLC,

                    *Plaintiff,*

     -against-

THE HEARST CORPORATION, HEARST MAGA-
ZINE, INC., HEARST MAGAZINE MEDIA, INC.,
HEARST MEDIA SERVICES CONNECTICUT, LLC,
HEARST COMMUNICATIONS, INC., YAHOO INC.,
and JOHN DOES 1-99,

                    *Defendants.*

No. 22-CV-5071 (LTS) (SN)

-----------------------------------------------------------------------x

## <u>ORDER</u>

Considering the foregoing *Ex parte Motion to File Exhibits With Redactions* (Dkt. No. 55),
and finding the relief requested in the motion warrants its *ex parte* consideration:

IT IS ORDERED that the motion is GRANTED.

NEW YORK, New York this _____12_____ day of December, 2023.

/s/ Laura Taylor Swain
_____

**Laura Taylor Swain, United States District Judge**