UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LANE CODER PHOTOGRAPHY, LLC,

                      Plaintiff,

      -against-

THE HEARST CORPORATION, et al.,

                      Defendants.
-----------------------------------------------------------------X

22-CV-05071 (LTS)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/2024

**SARAH NETBURN, United States Magistrate Judge:**

      On November 21, 2024, Plaintiff filed a request to appear telephonically at the December 17, 2024 settlement conference. ECF No. 87. Plaintiff's request to appear telephonically is GRANTED. Upon consent of all the parties, the Court can convert the in-person settlement conference to a telephonic conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 22, 2024
              New York, New York